SO ORDERED.

Dated: April 10, 2009

Charles Case
CHARLES G. CASE, II
U.S. Bankruptcy Judge

Marty G. Baker, Esq. (AZ Bar No. 025278)
Macie J. Hawkes, Esq. (AZ Bar No. 026012)
THE COOPER CASTLE LAW FIRM, LLP
A Multi-Jurisdictional Law Firm
22601 North 19th Avenue, Suite 201
Phoenix, Arizona 85027
(623) 582-1222
File No.: 8261.30219

Attorneys for AMERICA'S SERVICING COMPANY, AS SERVICING AGENT FOR
LEHMAN SUB CAPITAL, its successors and or assigns

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

IN RE:

RACHEL M. MOLINE

                    DEBTOR.

AMERICA'S SERVICING COMPANY, AS
SERVICING AGENT FOR LEHMAN SUB
CAPITAL, its successors and or assigns

        Movant,

    v.

RACHEL M. MOLINE, Debtor; and Russell
Brown, Chapter 13 Trustee

        Respondents.

Case No.: 07-06377-CGC

Chapter: 13

**ORDER FOR RELIEF**

        Movant's Declaration of Default of Stipulation Re Adequate Protection Order

along with the form of proposed Order Lifting Stay having been duly served upon Respondent,

and the Trustee and good cause appearing therefore,

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

        1.      The automatic stay of 11 United States Code section 362 is hereby

immediately terminated as it applies to the enforcement by Movant of all rights in the real

property under the Note and Deed of Trust commonly known as 3236 E. Presidio Rd., Phoenix, AZ, 85032, which is legally described as:

> SEE LEGAL DESCRIPTION ATTACHED TO THE
> MOTION FOR RELIEF FROM THE AUTOMATIC
> STAY AND FILED ON BEHALF OF MOVANT
> AND MADE APART THEREOF.

2.     Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3.     Upon foreclosure, in the event Debtors fail to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

4.     If the Trustee is making payments to Movant, the trustee shall cease making such payments at the next regular disbursement following service of this Order;

5.     Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in the bankruptcy case; and

6.     This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

DATED this _____ day of _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE